IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE Subpoena Issued to | ) | Case No. |
| Birch Communications, Inc. | ) | 1:14-mi-00110-WSD-JFK |
| f/k/a CBeyond Communications, | ) | |
| LLC. | ) | |
| | ) | |
| _____ | ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME IN WHICH RIGHTSCORP,
INC. MAY RESPOND TO CBEYOND COMMUNICATION, LLC'S
MOTION TO QUASH SUBPOENA AND FOR SANCTIONS**

COMES NOW Rightscorp, Inc. ("Rightscorp"), by and
through its undersigned counsel, and with the express
written consent of Birch Communications, Inc. f/k/a CBeyond
Communications, LLC ("CBeyond"), and moves this Honorable
Court for an enlargement of time of fourteen (14) days in
which to respond to CBeyond's Motion to Quash Subpoena and
for Sanctions.  Rightscorp shows this Court the following:

1.

On September 9, 2014, Rightscorp served a subpoena on
CBeyond pursuant to 17 U.S.C. § 512(h)(2)(C) seeking
certain identifying information relate to alleged copyright
infringement by individuals at particular Internet Protocol
(IP) addresses.

2.

In response to the 17 U.S.C. § 512(h)(2)(C) subpoena,

on Friday, October 17, 2014, CBeyond filed a Motion to Quash Subpoena and for Sanctions ("Motion") and served Rightscorp a copy of same via U.S. Mail.

3.

The original time in which Rightscorp has to respond in this Court to CBeyond's Motion is on or before Monday, November 3, 2014.

4.

Rightscorp herein seeks an enlargement of time of fourteen (14) days in which to respond to CBeyond's Motion. As evidenced by its counsel's signature below, CBeyond has consented to Rightscorp's request.

5.

Should this Court grant this Consent Motion, the new time in which Rightscorp has to respond to CBeyond's Motion to Quash Subpoena and for Sanctions would be **Monday, November 17, 2014**.  A proposed Consent Order is attached hereto as Exhibit A.

6.

Rightscorp makes this request in good faith and this is the first request for an enlargement of time to respond to CBeyond's Motion to Quash Subpoena and for Sanctions.

Respectfully submitted this 29th
day of October, 2014.

s/ Michael O. Crain
Michael O. Crain, Esq.
Georgia Bar No. 193079
Counsel for Rightscorp, Inc.

Crain Law Group, LLC
297 Prince Avenue
Suite 24
Athens, GA  30601
Tel/Fax (706) 548-0970
E-mail:  mocrain@crainlawgroup.com


Consented to by:

s/ D. Lee Clayton
D. Lee Clayton, Esq.
Georgia Bar No. 601004
Counsel for CBeyond
Cummunications, LLC

Swift, Currie, McGhee &
Hiers, LLP
Suite 300, The Peachtree
1355 Peachtree Street, N.E.
Atlanta, GA  30309-3231
Tel. (404) 874-8800
E-mail:  Lee.Clayton@swiftcurrie.com

## **7.1 Certificate of Compliance**

Pursuant to L.R. 7.1D of the Northern District of Georgia, I hereby certify that this document was prepared in Courier New, 12 point font, pursuant to L.R. 5.1(C).

This 29th day of October, 2014

                                        _s/ Michael O. Crain__
                                        Michael O. Crain, Esq.
                                        Georgia Bar No. 193079
                                        Counsel for Rightscorp, Inc.

Crain Law Group, LLC
297 Prince Avenue
Suite 24
Athens, GA  30601
Tel/Fax (706) 548-0970
E-mail:  mocrain@crainlawgroup.com

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE Subpoena Issued to | ) | Case No. |
| Birch Communications, Inc. | ) | 1:14-mi-00110-WSD-JFK |
| f/k/a CBeyond Communications, | ) | |
| LLC. | ) | |
| | ) | |
| _____ | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2014 a copy of the above and foregoing **CONSENT MOTION FOR ENLARGEMENT OF TIME IN WHICH RIGHTSCORP, INC. MAY RESPOND TO CBEYOND COMMUNICATION, LLC'S MOTION TO QUASH SUBPOENA AND FOR SANCTIONS** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following attorney of record:

D. Lee Clayton, Esq.
Counsel for CBeyond Cummunications, LLC
Swift, Currie, McGhee & Hiers, LLP
Suite 300, The Peachtree
1355 Peachtree Street, N.E.
Atlanta, GA 30309-3231
Tel. (404) 874-8800
E-mail: Lee.Clayton@swiftcurrie.com

s/ Michael O. Crain
Michael O. Crain
Counsel for Rightcorp, Inc.
Crain Law Group, LLC
297 Prince Ave., Suite 24
Athens, GA 30601

```
Tel./Fax (706) 548-0970
E-mail:  mocrain@gmail.com
```