IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE Subpoena Issued to ) | Case No. |
| Birch Communications, Inc. ) | 1:14-mi-00110-WSD-JFK |
| f/k/a CBeyond Communications, ) | |
| LLC. ) | |
| ) | |
| _____ ) | |

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

(1)  The undersigned counsel of record for Rightscorp, Inc., a party to this action, certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**(a) Rightscorp, Inc. is a nongovernmental corporation and does not have any parent corporation or publicly held corporation that owns 10% or more of the stock of a party.**

**(b) Birch Communications, LLC f/k/a CBeyond Communications, LLC.**

(2)  The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**None.**

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**For Rightscorp, Inc.:**

Michael O. Crain, Esq.
Georgia Bar No. 193079
Crain Law Group, LLC

>
> 297 Prince Avenue
> Suite 24
> Athens, GA  30601
> Tel/Fax (706) 548-0970
> E-mail:  mocrain@crainlawgroup.com

**For CBeyond Communications, LLC:**

> D. Lee Clayton, Esq.
> Georgia Bar No. 601004
> Swift, Currie, McGhee & Hiers, LLP
> Suite 300, The Peachtree
> 1355 Peachtree Street, N.E.
> Atlanta, GA  30309-3231
> Tel. (404) 874-8800
> E-mail:  Lee.Clayton@swiftcurrie.com


> Submitted this 29th day of October, 2014.

>                             s/ Michael O. Crain
>                             Michael O. Crain, Esq.
>                             Georgia Bar No. 193079
>                             Counsel for Rightscorp, Inc.

Crain Law Group, LLC
297 Prince Avenue
Suite 24
Athens, GA  30601
Tel/Fax (706) 548-0970
E-mail:  mocrain@crainlawgroup.com

## **7.1 Certificate of Compliance**

Pursuant to L.R. 7.1D of the Northern District of Georgia, I hereby certify that this document was prepared in Courier New, 12 point font, pursuant to L.R. 5.1(C).

This 29th day of October, 2014

s/ Michael O. Crain
Michael O. Crain, Esq.
Georgia Bar No. 193079
Counsel for Rightscorp, Inc.

Crain Law Group, LLC
297 Prince Avenue
Suite 24
Athens, GA  30601
Tel/Fax (706) 548-0970
E-mail:  mocrain@crainlawgroup.com

```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION
```

| | | |
|---|---|---|
| IN RE Subpoena Issued to | ) | Case No. |
| Birch Communications, Inc. | ) | 1:14-mi-00110-WSD-JFK |
| f/k/a CBeyond Communications, | ) | |
| LLC. | ) | |
| | ) | |
| _____ | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2014 a copy of the above and foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following attorney of record:

```
             D. Lee Clayton, Esq.
      Counsel for CBeyond Cummunications, LLC
        Swift, Currie, McGhee & Hiers, LLP
             Suite 300, The Peachtree
            1355 Peachtree Street, N.E.
              Atlanta, GA  30309-3231
                Tel. (404) 874-8800
       E-mail:  Lee.Clayton@swiftcurrie.com
```

```
                       s/ Michael O. Crain
                       Michael O. Crain
                       Counsel for Rightcorp, Inc.
                       Crain Law Group, LLC
                       297 Prince Ave., Suite 24
                       Athens, GA  30601
                       Tel./Fax (706) 548-0970
                       E-mail:  mocrain@gmail.com
```