FILED IN CHAMBERS
U.S.D.C. Atlanta

OCT 2 9 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE Subpoena Issued to ) | Case No. |
| Birch Communications, Inc. ) | 1:14-mi-00110-WSD-JFK |
| f/k/a CBeyond Communications, ) | |
| LLC. ) | |
| ) | |
| _____ ) | |

### CONSENT ORDER

This matter comes before the Court on a Consent Motion filed by Rightscorp, Inc. seeking an enlargement of time of fourteen (14) days in which to respond to Birch Communications, Inc. f/k/a CBeyond Communications, LLC's Motion to Quash Subpoena and for Sanctions

After due notice and consideration, and with the express consent of opposing counsel, it is hereby ORDERED that the Motion is GRANTED.

Rightscorp, Inc. shall have through and including **Monday, November 17, 2014** in which to file its response to Birch Communications, Inc. f/k/a CBeyond Communications, LLC's Motion to Quash Subpoena and for Sanctions.

SO ORDERED this 29th day of October, 2014.

_____
~~William S. Duffey, Jr.~~
United States ~~District Court~~ Magistrate Judge