IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE Subpoena Issued to | ) | Case No. |
| Birch Communications, Inc. | ) | 1:14-mi-00110-WSD-JFK |
| f/k/a CBeyond Communications, | ) | |
| LLC. | ) | |
| | ) | |
| _____ | ) | |

**SECOND CONSENT MOTION FOR ENLARGEMENT OF TIME IN WHICH
RIGHTSCORP, INC. MAY RESPOND TO
CBEYOND COMMUNICATION, LLC'S
MOTION TO QUASH SUBPOENA AND FOR SANCTIONS**

COMES NOW Rightscorp, Inc. ("Rightscorp"), by and through its undersigned counsel, and with the express written consent of Birch Communications, Inc. f/k/a CBeyond Communications, LLC ("CBeyond"), and moves this Honorable Court for a second enlargement of time of fourteen (14) days in which to respond to CBeyond's Motion to Quash Subpoena and for Sanctions.  Rightscorp shows this Court the following:

1.

On September 9, 2014, Rightscorp served a subpoena on CBeyond pursuant to 17 U.S.C. § 512(h)(2)(C) seeking certain identifying information relate to alleged copyright infringement by individuals at particular Internet Protocol (IP) addresses.

2.

In response to the 17 U.S.C. § 512(h)(2)(C) subpoena, on Friday, October 17, 2014, CBeyond filed a Motion to Quash Subpoena and for Sanctions ("Motion") and served Rightscorp a copy of same via U.S. Mail.

3.

The parties sought and obtained from the Court an Order on October 29, 2014 granting an extension of time through and including Monday, November 17, 2014, in which Rightscorp could respond to CBeyond's Motion.

4.

As the parties have been and continue to discuss a resolution of matter, they seek in good faith an additional enlargement of time of fourteen (14) days in which Rightscorp may respond to CBeyond's Motion.  As evidenced by its counsel's signature below, CBeyond has consented to Rightscorp's request.

5.

Should this Court grant this Consent Motion, the new time in which Rightscorp has to respond to CBeyond's Motion to Quash Subpoena and for Sanctions would be **Monday, December 1, 2014.**  A proposed Consent Order is attached hereto as Exhibit A.

2

6.

Rightscorp makes this request in good faith and this
is the second request for an enlargement of time to respond
to CBeyond's Motion to Quash Subpoena and for Sanctions.

Respectfully submitted this 13th
day of November, 2014.

s/ Michael O. Crain
Michael O. Crain, Esq.
Georgia Bar No. 193079
Counsel for Rightscorp, Inc.

Crain Law Group, LLC
297 Prince Avenue
Suite 24
Athens, GA  30601
Tel/Fax (706) 548-0970
E-mail:  mocrain@crainlawgroup.com

Consented to by:

s/ D. Lee Clayton
D. Lee Clayton, Esq.
Georgia Bar No. 601004
Counsel for CBeyond
Cummunications, LLC

Swift, Currie, McGhee &
Hiers, LLP
Suite 300, The Peachtree
1355 Peachtree Street, N.E.
Atlanta, GA  30309-3231
Tel. (404) 874-8800
E-mail:  Lee.Clayton@swiftcurrie.com

## 7.1 Certificate of Compliance

Pursuant to L.R. 7.1D of the Northern District of

Georgia, I hereby certify that this document was prepared

in Courier New, 12 point font, pursuant to L.R. 5.1(C).


This 13th day of November, 2014

                              _s/ Michael O. Crain__
                              Michael O. Crain, Esq.
                              Georgia Bar No. 193079
                              Counsel for Rightscorp, Inc.
Crain Law Group, LLC
297 Prince Avenue
Suite 24
Athens, GA  30601
Tel/Fax (706) 548-0970
E-mail:  mocrain@crainlawgroup.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE Subpoena Issued to | ) | Case No. |
| Birch Communications, Inc. | ) | 1:14-mi-00110-WSD-JFK |
| f/k/a CBeyond Communications, | ) | |
| LLC. | ) | |
| | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2014 a copy of the above and foregoing **SECOND CONSENT MOTION FOR ENLARGEMENT OF TIME IN WHICH RIGHTSCORP, INC. MAY RESPOND TO CBEYOND COMMUNICATION, LLC'S MOTION TO QUASH SUBPOENA AND FOR SANCTIONS** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following attorney of record:

D. Lee Clayton, Esq.
Counsel for CBeyond Cummunications, LLC
Swift, Currie, McGhee & Hiers, LLP
Suite 300, The Peachtree
1355 Peachtree Street, N.E.
Atlanta, GA  30309-3231
Tel. (404) 874-8800
E-mail:  Lee.Clayton@swiftcurrie.com

s/ Michael O. Crain
Michael O. Crain
Counsel for Rightcorp, Inc.
Crain Law Group, LLC
297 Prince Ave., Suite 24
Athens, GA  30601

5

6

```
                                    Tel./Fax (706) 548-0970
                                    E-mail:  mocrain@gmail.com
```