FILED IN CHAMBERS
U.S.D.C. Atlanta

NOV 1 3 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE Subpoena Issued to          )<br>Birch Communications, Inc.        )<br>f/k/a CBeyond Communications,    )<br>LLC.                                        )<br>                                              )<br>_____      ) | Case No.<br>1:14-mi-00110-WSD-JFK |

### CONSENT ORDER

This matter comes before the Court on a Second Consent Motion filed by Rightscorp, Inc. seeking an enlargement of time of fourteen (14) days in which to respond to Birch Communications, Inc. f/k/a CBeyond Communications, LLC's Motion to Quash Subpoena and for Sanctions.

After due notice and consideration, and with the express consent of opposing counsel, it is hereby ORDERED that the Motion is GRANTED.

Rightscorp, Inc. shall have through and including **Monday, December 1, 2014** in which to file its response to Birch Communications, Inc. f/k/a CBeyond Communications, LLC's Motion to Quash Subpoena and for Sanctions.

SO ORDERED this _13th_ day of _November_, 2014.

_____
Janet F. King
United States Magistrate Judge